B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Connecticut | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Latex Foam International, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**58-2469207** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**510 River Road**<br>**Shelton, CT**<br>ZIP Code **06484** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fairfield** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors** | **Tax-Exempt Entity** | **Nature of Debts**<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ■<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ■<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ■<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Latex Foam International, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)             (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                     Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Latex Foam International, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ James Berman**
Signature of Attorney for Debtor(s)

**James Berman ct06027**
Printed Name of Attorney for Debtor(s)

**Zeisler & Zeisler, P.C.**
Firm Name

**10 Middle Street, 15th Floor**
**P.O. Box 1220**
**Bridgeport, CT 06604**

Address

**(203) 368-4234  Fax: (203) 367-9678**
Telephone Number

**May 30, 2014**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ David Fisher**
Signature of Authorized Individual

**David Fisher**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 30, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

| In re | Latex Foam International, LLC | | Case No. | |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **11** |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **State of Connecticut Dept. of Economic & Comm Dev. 505 Hudson Street Hartford, CT 06106** | **State of Connecticut Dept. of Economic & Comm Dev. 505 Hudson Street Hartford, CT 06106** | | | **2,500,000.00** <br><br> **(0.00 secured)** |
| **BASF Corporation Attn: Pres, GP or Mang Membr PO Box 360941 Pittsburgh, PA 15251-6941** | **BASF Corporation Attn: Pres, GP or Mang Membr PO Box 360941 Pittsburgh, PA 15251-6941** | **Business Debt** | | **951,631.88** |
| **Pouschine Cook Cap. Mgmt., LLC Attn: Pres, GP or Mang Membr 375 Park Avenue Suite 3408 New York, NY 10152** | **Pouschine Cook Cap. Mgmt., LLC Attn: Pres, GP or Mang Membr 375 Park Avenue New York, NY 10152** | **Business Debt** | | **919,874.46** |
| **Goodyear Tire & Rubber Co. Attn: Pres, GP or Mang Membr Reference: 2290 P.O. Box 100605 Atlanta, GA 30384-0605** | **Goodyear Tire & Rubber Co. Attn: Pres, GP or Mang Membr Reference: 2290 Atlanta, GA 30384-0605** | **Business Debt** | | **597,941.02** |
| **UI Co. #010-0000217-176 Attn: Pres, GP or Mang Membr P.O. Box 9230 Chelsea, MA 02150-9230** | **UI Co. #010-0000217-176 Attn: Pres, GP or Mang Membr P.O. Box 9230 Chelsea, MA 02150-9230** | **Business Debt** | | **365,057.55** |
| **Monroe Staffing Services LLC Attn: Pres, GP or Mang Membr PO Box 60839 Charlotte, NC 28260-0839** | **Monroe Staffing Services LLC Attn: Pres, GP or Mang Membr PO Box 60839 Charlotte, NC 28260-0839** | **Business Debt** | | **324,563.95** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Latex Foam International, LLC**                  Case No.                   

                                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Tiarco Chemical Division<br>Attn: Pres, GP or Mang Membr<br>PO Box 281995<br>Atlanta, GA 30384-1995 | Tiarco Chemical Division<br>Attn: Pres, GP or Mang Membr<br>PO Box 281995<br>Atlanta, GA 30384-1995 | Business Debt | | 292,177.52 |
| Tradebe Environmental Services<br>Attn: Pres, GP or Mang Membr<br>PO Box 845033<br>Boston, MA 02284-5033 | Tradebe Environmental Services<br>Attn: Pres, GP or Mang Membr<br>PO Box 845033<br>Boston, MA 02284-5033 | Business Debt | | 207,753.33 |
| Unisource WorldWide Inc.<br>Attn: Pres, GP or Mang Membr<br>P.O. Box 409884<br>Atlanta, GA 30384-9884 | Unisource WorldWide Inc.<br>Attn: Pres, GP or Mang Membr<br>P.O. Box 409884<br>Atlanta, GA 30384-9884 | Business Debt | | 202,173.59 |
| State of Texas<br>Mr. Michael Bryant<br>Office of TX Gov. Rick Perry<br>1100 San Jacinto<br>Austin, TX 78701 | State of Texas<br>Mr. Michael Bryant<br>Office of TX Gov. Rick Perry<br>Austin, TX 78701 | | | 190,000.00 |
| Absolutely Knits, Inc.<br>Attn: Pres, GP or Mang Membr<br>21 Ridge Drive East<br>Great Neck, NY 11021 | Absolutely Knits, Inc.<br>Attn: Pres, GP or Mang Membr<br>21 Ridge Drive East<br>Great Neck, NY 11021 | Business Debt | | 166,351.57 |
| Craft Click, Inc.<br>Attn: Pres, GP or Mang Membr<br>19 Greensway<br>New Rochelle, NY 10805-1223 | Craft Click, Inc.<br>Attn: Pres, GP or Mang Membr<br>19 Greensway<br>New Rochelle, NY 10805-1223 | Business Debt | | 161,000.00 |
| William Bassett<br>Attn: Pres, GP or Mang Membr<br>52 Homestead Road<br>Southbury, CT 06488 | William Bassett<br>Attn: Pres, GP or Mang Membr<br>52 Homestead Road<br>Southbury, CT 06488 | Business Debt | | 161,000.00 |
| RCMA Americas, Inc.<br>Attn: Pres, GP or Mang Membr<br>115 College Place<br>Norfolk, VA 23510-9998 | RCMA Americas, Inc.<br>Attn: Pres, GP or Mang Membr<br>115 College Place<br>Norfolk, VA 23510-9998 | Business Debt | | 158,715.94 |
| Coffey, Richard J.<br>Attn: Pres, GP or Mang Membr<br>26 Country Club Rd<br>Woodbridge, CT 06525 | Coffey, Richard J.<br>Attn: Pres, GP or Mang Membr<br>26 Country Club Rd<br>Woodbridge, CT 06525 | Business Debt | | 154,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Latex Foam International, LLC**                                    Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Wiggin & Dana LLP<br>Attn: Accounts Receivables<br>PO Box 1832<br>New Haven, CT 06508-1832 | Wiggin & Dana LLP<br>Attn: Accounts Receivables<br>New Haven, CT 06508-1832 | Business Debt | | 136,480.13 |
| Gareth Clarke<br>Attn: Pres, GP or Mang Membr<br>507 Pine Tree Drive NE<br>Atlanta, GA 30305 | Gareth Clarke<br>Attn: Pres, GP or Mang Membr<br>507 Pine Tree Drive NE<br>Atlanta, GA 30305 | Business Debt | | 134,167.00 |
| Phoenix Holdings, LLC<br>Attn: Pres, GP or Mang Membr<br>1 Natura Way<br>Cambridge, Ontario N3C OA4 | Phoenix Holdings, LLC<br>Attn: Pres, GP or Mang Membr<br>1 Natura Way<br>Cambridge, Ontario N3C OA4 | Business Debt | | 125,131.20 |
| Unicorr Packaging Group, Inc.<br>Attn: Pres, GP or Mang Membr<br>4282 Paysphere Circle<br>Chicago, IL 60674 | Unicorr Packaging Group, Inc.<br>Attn: Pres, GP or Mang Membr<br>4282 Paysphere Circle<br>Chicago, IL 60674 | Business Debt | | 123,554.78 |
| Wichita Falls, TX (Cash for Jobs)<br>Attn: Pres, GP or Mang Membr | Wichita Falls, TX (Cash for Jobs)<br>Attn: Pres, GP or Mang Membr | | | 108,066.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May 30, 2014**                          Signature   **/s/ David Fisher**
                                                             **David Fisher**
                                                             **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## District of Connecticut

In re   **Latex Foam International, LLC**
                                          Debtor(s)

Case No.
Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 30, 2014**

**/s/ David Fisher**
**David Fisher**/**President**
Signer/Title

Internal Revenue Services
Department of the Treasury
11601 Roosevelt Blvd.
PO Box 21126
Philadelphia, PA 19114-0326


State of CT
Dept of Revenue Services
C&E Div, Bankruptcy Section
25 Sigourney St.
Hartford, CT 06106


3M Purification Inc. (Cuno)
Attn: Pres, GP or Mang Membr
PO Box 844897
Dallas, TX 75284-4120


A-Lined Handling Systems, Inc.
Attn: Pres, GP or Mang Membr
92 Burnside Ave
East Hartford, CT 06108


A. Lava & Son Company
Attn: Pres, GP or Mang Membr
4800 S. Kilbourn Avenue
Chicago, IL 60632


Absolutely Knits, Inc.
Attn: Pres, GP or Mang Membr
21 Ridge Drive East
Great Neck, NY 11021


Ace Maintenance Co.
Attn: Pres, GP or Mang Membr
PO Box 4841
Wichita Falls, TX 76308


Adhesive Products Company
Attn: Pres, GP or Mang Membr
9635 Park Davis Drive
Indianapolis, IN 46235


Adhesive Solutions, Inc.
Attn: Pres, GP or Mang Membr
10106 Romandel Ave.
Santa Fe Springs, CA 90670

```
ADP, Inc.
Attn: Pres, GP or Mang Membr
PO Box 842875
Client #297077
Boston, MA 02284-2875


Advanced Power Services, LLC
Attn: Pres, GP or Mang Membr
161 Woodford Avenue
Unit #1 - Box #4
Plainville, CT 06062


Advantage Maintenance, Inc.
Attn: Pres, GP or Mang Membr
15 Lunar Drive
Woodbridge, CT 06525


Advantage Off. Products, LLC.
Attn: Pres, GP or Mang Membr
7900 Seymour Highway
Wichita Falls, TX 76310


Air Compressor Eng., Inc.
Attn: Pres, GP or Mang Membr
17  Meadow Street
P.O. Box 738
Westfield, MA 01086


Airgas East, Inc.
(formerly ABCO Welding)
Attn: Pres, GP or Mang Membr
P.O. Box 827049
Philadelphia, PA 19182-7049


Akron Rubber Development Laboratory, Inc
Attn: Pres, GP or Mang Membr
2887 Gilchrist Road
Akron, OH 44305


Akzo Nobel Paints LLC
Attn: Pres, GP or Mang Membr
PO Box 847120
Dallas, TX 75284-7120
```

Albany Foam and Supply Inc.
Attn: Pres, GP or Mang Membr
PO Box 416365
Boston, MA 02241-6365


Alvarez & Marsal Holdings, LLC.
Attn: Pres, GP or Mang Membr
Private Equity Preformance Improvement G
600 Lexington Avenue, 6th Floor
New York, NY 10022


American Refrigeration Co.
Attn: Pres, GP or Mang Membr
149 River Street, Suite 3
Andover, MA 01810


Anthracite Industries, Inc.
Attn: Pres, GP or Mang Membr
405 Old Main Street
PO Box 144
Asbury, NJ 08802


Aquarion Water Company of CT
Attn: Pres, GP or Mang Membr
P.O. Box 10010
Lewiston, ME 04243-9427


Arbon Equipment Corp.
Attn: Pres, GP or Mang Membr
25464 Network Place
Chicago, IL 60673-1254


Asbury Graphite Mills Inc.
Attn: Pres, GP or Mang Membr
P.O. Box 144
405 Old Main St
Asbury, NJ 08802-0144


AT&T   ID#76107
Attn: Pres, GP or Mang Membr
P.O. Box  9005
Carol Stream, IL 60197-9005


AT&T 171-792-6699-871
Attn: Pres, GP or Mang Membr
PO Box 5019
Carol Stream, IL 60197-5019

AT&T 203-929-1830 333
Attn: Pres, GP or Mang Membr
P.O. Box  5082
Carol Stream, IL 60197-5082


AT&T 203-944-9771 265 LINE
Attn: Pres, GP or Mang Membr
PO Box  5082
Carol Stream, IL 60197-5082


AT&T 8002-818-3392 LITX
Attn: Pres, GP or Mang Membr
PO Box 5019
Carol Stream, IL 60197-5019


AT&T 831-000-4129 028
Attn: Pres, GP or Mang Membr
P.O. Box  5019
Carol Stream, IL 60197-5019


AT&T 831-000-4131 071
Attn: Pres, GP or Mang Membr
P.O. Box  5019
Carol Stream, IL 60197-5019


AT&T 831-000-4193-255
Attn: Pres, GP or Mang Membr
P.O. Box  5019
Carol Stream, IL 60197-5019


AT&T 940 851 0428 602 4
Attn: Pres, GP or Mang Membr
PO Box 5001
Carol Stream, IL 60197-5001


AT&T 940-851-0027 602 9
Attn: Pres, GP or Mang Membr
P.O. Box 5001
Carol Stream, IL 60197-5001


AT&T 940-851-0057 602 2
Attn: Pres, GP or Mang Membr
P.O. Box 5001
Carol Stream, IL 60197-5001

AT&T 940-851-0630-602-8
Attn: Pres, GP or Mang Membr
P.O. Box 5001
Carol Stream, IL 60197-5001


AT&T 972-243-2342 603 1
Attn: Pres, GP or Mang Membr
P.O. Box 105414
Atlanta, GA 30348-5414


AT&T Global  #VP02X8
Attn: Pres, GP or Mang Membr
P.O. Box 5091
Carol Stream, IL 60197-5091


AT&T TeleConference Svcs
#16897221-0000
Attn: Pres, GP or Mang Membr
P.O. Box 2840
Omaha, NE 68103-2840


Atlantic Fasteners Co, Inc.
Attn: Pres, GP or Mang Membr
49 Heywood Avenue
PO Box 1168
West Springfield, MA 01090-1168


Automated Services, LLC
Attn: Pres, GP or Mang Membr
145 Pepe's Farm Road
Milford, CT 06460


Autonomy, Inc.
Attn: Pres, GP or Mang Membr
120 Turnpike Road
Southborough, MA 01772


AZMI & Associates
Attn: Pres, GP or Mang Membr
14th Floor, Menara Keck Seng
203 Jalan Bukit Bintang
Kuala Lumpur, .. 55100


B & J Electric Motor Repair Co
Attn: Pres, GP or Mang Membr
30 Maple Street
Ansonia, CT 06401-1230

Barnum Engineered Systems
Attn: Pres, GP or Mang Membr
495 Roosevelt Drive
Derby, CT 06418


BASF Corporation
Attn: Pres, GP or Mang Membr
PO Box 360941
Pittsburgh, PA 15251-6941


Baumer Of America, Inc.
Attn: Pres, GP or Mang Membr
425 Main Road
Towaco, NJ 07082


Bemak Traffic Service, Inc.
Attn: Pres, GP or Mang Membr
48 North Plains Industrial Rd.
Wallingford, CT 06492


Better Packages, Inc.
Attn: Pres, GP or Mang Membr
4 Hershey Drive
Ansonia, CT 06401


Beyond Components, Inc.
Attn: Pres, GP or Mang Membr
5 Carl Thompson Road
Westford, MA 01886


Biosan Laboratories, Inc.
Attn: Pres, GP or Mang Membr
1950 Tobsal Ct
Warren, MI 48091


Bishop Fleming Accountants
Attn: Pres, GP or Mang Membr
16 Queen Square
Bristol, .. BS1 4NT


Blake Equipment Company
The Blake Group
Attn: Pres, GP or Mang Membr
Dept 1340, PO Box 4110
Woburn, MA 01888-4110

C.H. Robinson Worldwide, Inc
Attn: Pres, GP or Mang Membr
PO Box 9121
Minneapolis, MN 55480-9121


C.K.B. LLC.
Attn: Pres, GP or Mang Membr
c/o Richard Coffey
26 Country Club Road
Woodbridge, CT 06525


Carter-McLeod Paper
  & Packaging Inc.
Attn: Pres, GP or Mang Membr
136 Wayside Avenue
West Springfield, MA 01089-1318


Central Scale Company
Attn: Pres, GP or Mang Membr
2027 Elmwood Ave
P.O. Box 8886
Warwick, RI 02888-2403


Central Transport
Attn: Pres, GP or Mang Membr
PO Box 33299
Detroit, MI 48232


CenturyLink - Acct #67433465
Attn: Pres, GP or Mang Membr
Business Services
P.O. Box 52187
Phoenix, AZ 85072-2187


CenturyLink - Acct #81675489
Attn: Pres, GP or Mang Membr
Business Services
P.O. Box 52187
Phoenix, AZ 85072-2187


CenturyLink - Acct #82068930
Attn: Pres, GP or Mang Membr
Business Services
P.O. Box 52187
Phoenix, AZ 85072-2187

Ceridian Benefit Services, Inc
Attn: Pres, GP or Mang Membr
P.O. Box 10989
Newark, NJ 07193-0989


Chapin and Bangs Co, Inc.
Attn: Pres, GP or Mang Membr
P.O. Box 1117
Bridgeport, CT 06601-1117


Charles Dickgiesser & Co. Inc.
Attn: Pres, GP or Mang Membr
257 Roosevelt Drive
PO Box 475
Derby, CT 06418


Clearwater Industries
Attn: Pres, GP or Mang Membr
415 Bridgeport Avenue
Shelton, CT 06484


CMA Carpentry
Attn: Pres, GP or Mang Membr
Charles A. Alegi Jr.
269 Wooster Street
Naugatuck, CT 06770


Coffey, Richard J.
Attn: Pres, GP or Mang Membr
26 Country Club Rd
Woodbridge, CT 06525


COHN-UIC INSURANCE
  CONSULTING LLC
Attn: Pres, GP or Mang Membr
PO Box 491
Mahwah, NJ 07430


CohnReznick, LLP
Attn: Pres, GP or Mang Membr
One Monarch Place
Suite 2020
Springfield, MA 01144

Coils Express
Attn: Pres, GP or Mang Membr
P.O. Box 600
Branford, CT 06405-0600


Colonial LLC
Attn: Pres, GP or Mang Membr
PO Box 148
536 Townsend Avenue
High Point, NC 27261


Compliance Professionals, Inc.
Attn: Pres, GP or Mang Membr
23 Brinton Hill Road
Falls Village, CT 06031


Conn Warehouse & Logistics LLC
Attn: Pres, GP or Mang Membr
5 Hart Street
West Haven, CT 06516


Connecticut Fluid Power
Attn: Pres, GP or Mang Membr
222 Elm Street, Suite #4
North Haven, CT 06473


Constellation New Energy
#1-MA2-3341
Attn: Pres, GP or Mang Membr
14217 Collections Center Drive
Chicago, IL 60693


Cordaro Shipping Co., Inc
Attn: Pres, GP or Mang Membr
4398 Victory Blvd.
Staten Island, NY 10314-6705


Coyote Logistics, LLC
Attn: Pres, GP or Mang Membr
960 North Point Parkway
Suite 150
Alpharetta, GA 30005


Craft Click, Inc.
Attn: Pres, GP or Mang Membr
19 Greensway
New Rochelle, NY 10805-1223

Crystal Rock Water Co.
Attn: Pres, GP or Mang Membr
P.O. Box 10028
Waterbury, CT 06725-0028


Culp, Inc.
Attn: Pres, GP or Mang Membr
7209 Highway 158 East
Stokesdale, NC 27357


CW Textiles, LLC
Attn: Pres, GP or Mang Membr
4017 Terra Alta Drive
San Ramon, CA 94582


D&B-Dun & Bradstreet, Inc.
Attn: Pres, GP or Mang Membr
75 Remittance Dr, Ste 1793
PO Box 75434
Chicago, IL 60675-5434


DeLage Landen Finan Serv. Inc
Attn: Pres, GP or Mang Membr
PO BOX 41602
Philadelphia, PA 19101-1602


Deltacom Corporation
Attn: Pres, GP or Mang Membr
11 Old Bradley Street
East Haven, CT 06512-2344


Dept of Eco. & Comm Dev.
Attn: Pres, GP or Mang Membr
DECD-Finance Div. State of CT
505 Hudson Street
Hartford, CT 06106-7107


DeWolf Chemical, Inc.
Attn: Pres, GP or Mang Membr
300 Jefferson Boulevard
Suite 206
Warwick, RI 02888

DIRECTV  Acct#025227837
Attn: Pres, GP or Mang Membr
The DirecTV Group, Inc.
PO Box 60036
Los Angeles, CA 90060-0036


Dittman & Greer, Inc.
Attn: Pres, GP or Mang Membr
125 Coe Ave.
Middletown, CT 06457


Diversified Pump & Compressor
Attn: Pres, GP or Mang Membr
102 Tide Mill Road #6
Hampton, NH 03842


Dumouchel Paper Co.
Attn: Pres, GP or Mang Membr
P.O. Box 1185
Waterbury, CT 06721-1185


E.T. Oakes Corp
Attn: Pres, GP or Mang Membr
686 Old Willets Path
Hauppauge, NY 11788-4102


Eagle Leasing Company
Attn: Pres, GP or Mang Membr
P.O. Box 923
Orange, CT 06477


EC Retail Studio/Ermcar, Inc
Attn: Pres, GP or Mang Membr
2252 Northwest Parkway
Suite F
Marietta, GA 30067


Edgerton Heating & Air Cond
Attn: Pres, GP or Mang Membr
P.O. Box 304
786 Main St
Monroe, CT 06468-0304


Employer's Reference Source
Attn: Pres, GP or Mang Membr
P.O. Box 7019
Prospect, CT 06712

Estes Express Lines
Attn: Pres, GP or Mang Membr
P.O. Box 25612
Richmond, VA 23260-5612


FedEx #3424-3494-0
Attn: Pres, GP or Mang Membr
PO Box 371461
Pittsburgh, PA 15250-7461


Fidelity Invest Inst Op Co Inc
Attn: Pres, GP or Mang Membr
PO Box 73307
Chicago, IL 60673-7307


Fire Protection Alarms, Inc.
Attn: Pres, GP or Mang Membr
1701 Highland Ave  #4
Chesire, CT 06401


Fire Protection Testing, Inc.
Attn: Pres, GP or Mang Membr
1701 Highland Ave #4
Chesire, CT 06401


Foley Carrier Services, LLC
Attn: Pres, GP or Mang Membr
2301 N 117th Ave, Ste 201
PO Box 642270
Omaha, NE 68164


Forster Precision Tool, LLC
Attn: Pres, GP or Mang Membr
591 North Main Street
Seymour, CT 06483


Fracht FWO Inc
Attn: Pres, GP or Mang Membr
29 West 30th Street
12th Floor
New York, NY 10001


Frank's Vacuum Truck Serv Inc.
Attn: Pres, GP or Mang Membr
PO Box 8000
Dept No. 241
Niagara Falls, NY 14267

Fred Ortoli Photography
Attn: Pres, GP or Mang Membr
64 Great Hill Road
Oxford, CT 06478


Gareth Clarke
Attn: Pres, GP or Mang Membr
507 Pine Tree Drive NE
Atlanta, GA 30305


Getzler Henrich & Assoc., LLC
Attn: Pres, GP or Mang Membr
295 Madison Avenue, 20th Floor
New York, NY 10017


Global Pallet Solutions, LLC
Attn: Pres, GP or Mang Membr
271 John Downey Drive
New Britain, CT 06051


Globaltranz Enterprises, Inc.
Attn: Pres, GP or Mang Membr
PO Box 203285
Dallas, TX 75320-3285


Goodyear Tire & Rubber Co.
Attn: Pres, GP or Mang Membr
Reference: 2290
P.O. Box 100605
Atlanta, GA 30384-0605


GoTo Comm. Cleaning Serv. LLC
Attn: Pres, GP or Mang Membr
109 Court Street
New Haven, CT 06511


Gramter Int'l USA Corp. Ltd.
Attn: Pres, GP or Mang Membr
148 Doughty Blvd., Suite 220
Inwood, NY 11096


Greater Valley Chamber of Comm
Attn: Pres, GP or Mang Membr
10 Progress Drive
Shelton, CT 06484

Gregory B. Thomas
Attn: Pres, GP or Mang Membr
4322 Fox Harbour East Drive
Indianapolis, IN 46227


Griffin Hsp Occu. Med. Ctr
Attn: Pres, GP or Mang Membr
100 Commerce Drive
Shelton, CT 06484


GS1 US, Inc.
Attn: Pres, GP or Mang Membr
PO Box 71-3034
Columbus, OH 43271-3034


Guardian - Alternate Funded
Attn: Pres, GP or Mang Membr
PO Box  824395
Philadelphia, PA 19182-4395


Guardian - Bethlehem
Attn: Pres, GP or Mang Membr
P.O. Box 824404
Philadelphia, PA 19182-4404


Hanes Engineered Mat., Inc.
Attn: Pres, GP or Mang Membr
L&P Financial Services Co.
PO Box 60984
Charlotte, NC 28260


Hanes Industries
Attn: Pres, GP or Mang Membr
193 Veteran Blvd
Carlstadt, NJ 07072


Hillyard/Rovic, Inc.
Attn: Pres, GP or Mang Membr
PO Box 872470
Kansas City, MO 64187-2470


Hisco Pump  Inc.
Attn: Pres, GP or Mang Membr
4 Mosey Drive
Bloomfield, CT 06002

Home Services + More LLC
Attn: Pres, GP or Mang Membr
PO Box 98
North Branford, CT 06471

Hydrosil International Limited
Attn: Pres, GP or Mang Membr
1180 St. Charles Street
Elgin, IL 60120

Industrial Riggers, Inc.
Attn: Pres, GP or Mang Membr
P.O. Box 4297
300 Chase River Road
Waterbury, CT 06704-0297

Industrial Trucks, Inc.
Attn: Pres, GP or Mang Membr
69 Dodge Ave
North Haven, CT 06473-1190

Info-Power International, Inc.
Attn: Pres, GP or Mang Membr
3345 Silverstone Drive
Plano, TX 75023

Information Technology Group
Attn: Pres, GP or Mang Membr
PO Box 346
East Berlin, CT 06023

Innovaciones Sos. De Latex
Attn: Pres, GP or Mang Membr
7a. Avendia 7-99, Zona 9
Guatemala, .. .

Jaffe & Asher Attorneys
Attn: Pres, GP or Mang Membr
600 Third Avenue
New York, NY 10016

Java Express, LLC.
Attn: Pres, GP or Mang Membr
PO Box 4095
Monroe, CT 06468-4095

Jordan's Furniture SleepLab
Attn: Pres, GP or Mang Membr
450 Revolutionary Drive
E. Taunton, MA 02718


Kenneth Indust. Products, Inc.
Attn: Pres, GP or Mang Membr
35 Winsome Drive
PO Box 430
Durham, CT 06422


King Koil - Roseville, MI
Attn: Pres, GP or Mang Membr
30450 Little Mack
Roseville, MI 48066


Kreston John & Gan
Attn: Pres, GP or Mang Membr
160-2-1. Kompleks Maluri
Business Centre, Jalan Jejaka
Kuala Lumpur, Malaysia 55100-0000


L&W Attorneys at Law
Attn: Pres, GP or Mang Membr
24C Shenzhen Spec Zone Bl
6008 Shennan Thoroughfare
Shenzhen China, .. .


L.F.Powers Company Inc.
Attn: Pres, GP or Mang Membr
40 South Fifth St.
Waterbury, CT 06720


Lebanon Apparel Corporation
Attn: Pres, GP or Mang Membr
70 Thornhill Drive
Lebanon, VA 24266


LPL Financial
Attn: Pres, GP or Mang Membr
Corporate Benefit Solutions
84 South Main Street
Newtown, CT 06470

```
Lynn Traffic Service, Inc.
Attn: Pres, GP or Mang Membr
5004 Summerwind Way
Bakersfield, CA 93308


MagnaKleen Services
Attn: Pres, GP or Mang Membr
112 Empire Avenue
Meriden, CT 06450


Masterman's
Attn: Pres, GP or Mang Membr
Auburn Industrial Park
P.O.Box 411
Auburn, MA 01501-0411


McMaster-Carr Supply
Attn: Pres, GP or Mang Membr
P.O. Box 7690
Chicago, IL 60680-7690


Merrimac Spool & Reel
Attn: Pres, GP or Mang Membr
203 Essex Street
Haverhill, MA 01832


Milford Barrel Co., Inc.
Attn: Pres, GP or Mang Membr
100 Warwick St.
New Haven, CT 06513-4642


Mimecast Unified Email Mgmt.
Attn: Pres, GP or Mang Membr
203 Crescent Street
Suite303
Waltham, MA 02453


Mode Transportation LLC
Attn: Pres, GP or Mang Membr
P.O. Box 71188
Chicago, IL 60694-1188


Monroe Environmental Corp.
Attn: Pres, GP or Mang Membr
810 West Front Street
Monroe, MI 48161
```

Monroe Staffing Services LLC
Attn: Pres, GP or Mang Membr
PO Box 60839
Charlotte, NC 28260-0839


Mr. Chenyu Gao
Attn: Pres, GP or Mang Membr
HUA MAO Subbranch
Beijing Branch Constr. Bank
China


MyStaf
Attn: Pres, GP or Mang Membr
MS/Wichita Falls Inc.
1501 Midwestern Pkwy #102
Wichita Falls, TX 76302


Netessentials, Inc.
Attn: Pres, GP or Mang Membr
705 8th Street, S-1000
Wichita Falls, TX 76301


New Penn Motor Express
Attn: Pres, GP or Mang Membr
P.O. Box 630
Lebanon, PA 17042-0630


New York Life  (ID#019991223)
Attn: Pres, GP or Mang Membr
PO Box 742582
Cincinnati, OH 45274-2582


NLR, Inc.
Attn: Pres, GP or Mang Membr
250 Main Street
PO Box 680
East Windsor, CT 06088-0680


NMHG Financial Services, Inc.
Attn: Pres, GP or Mang Membr
PO BOX 643749
Pittsburgh, PA 15264-3749


NonstopDelivery, Inc.
Attn: Pres, GP or Mang Membr
PO Box 222190
Chantilly, VA 20153-2190

Northland Indust. Truck Co.
Attn: Pres, GP or Mang Membr
PO Box 845534
Boston, MA 02284-5534


Omega Engineering, Inc
Attn: Pres, GP or Mang Membr
P.O. Box 405369
Atlanta, GA 30384-5369


Omni Data LLC
Attn: Pres, GP or Mang Membr
4 Industry Drive Ext,, Bldg. 2
PO Box 26653
West Haven, CT 06516


Otis Elevator Co.
Attn: Pres, GP or Mang Membr
P.O. Box 13716
Newark, NJ 07188-0716


Pace Motor Lines, Inc.
Attn: Pres, GP or Mang Membr
P.O. Box 87
Bridgeport, CT 06601-0087


Park City Valve & Fitting, Inc
Attn: Pres, GP or Mang Membr
P.O. Box 470
Bridgeport, CT 06601


Paul's Landscaping Inc.
Attn: Pres, GP or Mang Membr
18 Beverly Lane
Shelton, CT 06484


Pearse-Bertram, LLC
Attn: Pres, GP or Mang Membr
PO Box 1912
Brattleboro, VT 05302-1912


Peterson Chemical Tech., Inc.
Attn: Pres, GP or Mang Membr
PO Box 6776
4851 Regions Park Drive
Fort Smith, AR 72916

Phoenix Holdings, LLC
Attn: Pres, GP or Mang Membr
1 Natura Way
Cambridge, Ontario N3C OA4


Pitney Bowes GFS #6741046 LFP
Attn: Pres, GP or Mang Membr
P.O. Box 371887
Pittsburgh, PA 15250-7887


Pizzitola Electric Co. Inc.
Attn: Pres, GP or Mang Membr
29 Duval Lane
Plainville, CT 06062


Polymer Concepts, Inc.
Attn: Pres, GP or Mang Membr
7555 Tyler Blvd., Suite 1
Mentor, OH 44060


Pouschine Cook Cap. Mgmt., LLC
Attn: Pres, GP or Mang Membr
375 Park Avenue
Suite 3408
New York, NY 10152


PraxAir Inc.
Attn: Pres, GP or Mang Membr
P O Box 91385
Chicago, IL 60693-1385


Progressive Waste Solut. of TX
Attn: Pres, GP or Mang Membr
PO Box 650430
Dallas, TX 75265-0430


PSC Environmental Svces, LLC
Attn: Pres, GP or Mang Membr
275 Allens Avenue
Providence, RI 02905


Purchase Power
Attn: Pres, GP or Mang Membr
#8000-9000-0160-2998 LI
PO Box 371874
Pittsburgh, PA 15250-7874

Quarterback Transportation
Attn: Pres, GP or Mang Membr
1210 Sheppard Ave E., Ste 114
Toronto, ON, .. M2K 1E3


R & R Freight Services, LLC
Attn: Pres, GP or Mang Membr
49 Fowler Road
North Branford, CT 06471


R.B. Birge Co., Inc.
Attn: Pres, GP or Mang Membr
DEPT 106036, PO BOX 150400
Hartford, CT 06115-0400


R.P. Morrison Company
Attn: Pres, GP or Mang Membr
P.O. Box 1420
North Kingston, RI 02852-0903


RAIA INTERNATIONAL
Attn: Pres, GP or Mang Membr
One Industrial Plaza
Building D
Valley Stream, NY 11581


RCMA Americas, Inc.
Attn: Pres, GP or Mang Membr
115 College Place
Norfolk, VA 23510-9998


RedPrairie Corporation
Attn: Pres, GP or Mang Membr
9010 Paysphere Circle
Chicago, IL 60674


Respond Systems, Inc.
Attn: Pres, GP or Mang Membr
1275 Cromwell Ave, Ste B-1
Rocky HIll, CT 06067


Reynolds Porter Chamberlain
Attn: Pres, GP or Mang Membr
TOWER HOUSE BRIDGE
ST KATHARINE'S WAY
LONDON, .. E1W 1AA

Richway Industries, Inc.
Attn: Pres, GP or Mang Membr
504 North Maple
P.O. Box 508
Janesville, IA 50647


Ricoh USA, Inc.
Attn: Pres, GP or Mang Membr
PO Box 827577
Philadelphia, PA 19182-7577


Roy Bros., Inc.
Attn: Pres, GP or Mang Membr
764 Boston Road
Billerica, MA 01821


Royal Slide Sales Co., Inc.
Attn: Pres, GP or Mang Membr
42 Hepworth Place
Garfield, NJ 07026


RR Donnelley
Attn: Pres, GP or Mang Membr
P.O. Box  93514
Chicago, IL 60673-3514


Ruckel Mfg. Co., Inc.
Attn: Pres, GP or Mang Membr
Brooklyn Navy Yard
63 Flushing Ave.  Unit 331
Brooklyn, NY 11205


Safety-Kleen Systems, Inc.
Attn: Pres, GP or Mang Membr
PO Box 382066
Pittsburgh, PA 15250-8066


Salesforce.com, Inc.
Attn: Pres, GP or Mang Membr
PO Box 203141
Dallas, TX 75320-3141


Sandvik Process Systems, Inc
Attn: Pres, GP or Mang Membr
PO Box 371290M
Pittsburgh, PA 15251-7290

Sarcona Management, Inc.
Attn: Pres, GP or Mang Membr
60 Jacobus Ave.
South Kearny, NJ 07032


Schneider National Inc.
Attn: Pres, GP or Mang Membr
Lockbox 281496
6000 Feldwood Road
College Park, GA 30349


SDV (USA) Inc.
Attn: Pres, GP or Mang Membr
150-10, 132nd Ave.
Jamaica, NY 11434


Securities Svces Hold. SDN BHD
Attn: Pres, GP or Mang Membr
LEVEL 7 MENARA MILENIUM
JALAN DAMANLELA
PUSAT BANDAR DAMANSARA, DAMANSARA H, MAL


Serlin International Limousine
Attn: Pres, GP or Mang Membr
569 Commerce Drive
Fairfield, CT 06825


Seton Name Plate Comp.
Attn: Pres, GP or Mang Membr
PO Box 95904
Chicago, IL 60694-5904


SHELTON 2009 LLC
Attn: Pres, GP or Mang Membr
Minskoff Grant Realty & Mgmt.
55 Church Street, Suite 207
White Plains, NY 10601


Shelton Tax Collector
Attn: Pres, GP or Mang Membr
54 Hill Street
PO Box 273
Shelton, CT 06484

SHI Software.Hardware.Inter.
Attn: Pres, GP or Mang Membr
PO Box 952121
Dallas, TX 75395-2121


Shipley Transport
Attn: Pres, GP or Mang Membr
255 Adam Smith Street
Sykesville, MD 21784-9332


Shoops Texas Termite Control
Attn: Pres, GP or Mang Membr
3209 Kemp Avenue
Wichita Falls, TX 76308


Simmons Engineering Corp.
Attn: Pres, GP or Mang Membr
1200 S. Willis Ave
Wheeling, IL 60090-5897


SonaSoft Corporation
Attn: Pres, GP or Mang Membr
2150 Trade Zone Blvd. Ste. 203
Suite 105
San Jose, CA 95131


Sonitrol Sec. Systems of Bpt.
Attn: Pres, GP or Mang Membr
685 Honeyspot Road
Stratford, CT 06615


Southern CT Fire Extinguisher
Attn: Pres, GP or Mang Membr
167 Cherry Street, #270
Milford, CT 06460


Specialty Packaging, LLC
Attn: Pres, GP or Mang Membr
4 Revay Road
East Windsor, CT 06088


Sprague Operating Resources
Attn: Pres, GP or Mang Membr
PO Box 842985
Boston, MA 02284-2985

Spring House Bottled Water TX
Attn: Pres, GP or Mang Membr
788  3rd Street
Healdton, OK 73438


St. Onge Steward Johnston
Attn: Pres, GP or Mang Membr
986 Bedford Street
Stamford, CT 06905-5619


State Cutter Grinding Service
Attn: Pres, GP or Mang Membr
P.O. Box 245
481 North Main St
Seymour, CT 06483


State of Connecticut
Dept. of Economic & Comm Dev.
505 Hudson Street
Hartford, CT 06106


State of Connecticut
Dept. of Economic & Comm. Dev.
505 Hudson Street
Hartford, CT 06106


State of CT, Dept of Rev Svcs.
Attn: Ronald Dirienzo
C & E Division
25 Sigourney Street, Suite 2
Hartford, CT 06106-5032


State of CT, Dept of Revenue
Attn:  Ronald Dirienzo
C&E Div, Bankruptcy Section
25 Sigourney St.
Hartford, CT 06106


State of Texas
Mr. Michael Bryant
Office of TX Gov. Rick Perry
1100 San Jacinto
Austin, TX 78701

Stoelting Cleaning Equip., LLC
Attn: Pres, GP or Mang Membr
502 Highway 67
Kiel, WI 53042


Suddath Global Logistics
Attn: Pres, GP or Mang Membr
161 W. Victoria St., Ste 220
Long Beach, CA 90805


Sunbelt Finance, LLC.
Attn: Pres, GP or Mang Membr
obo 24 Express, LLC.
Dept. 144, PO Box 1000
Memphis, TN 38148-0144


Suntrans Int'l NY Branch
Attn: Pres, GP or Mang Membr
601 Penhorn Ave., Unit 2
Secaucus, NJ 07094


Supreme Industrial Products
Attn: Pres, GP or Mang Membr
490A Constitution Drive
Taunton, MA 02780


Swagelok Connecticut
Attn: Pres, GP or Mang Membr
25 Village Lane
Wallingford, CT 06492


Synthomer LLC - 231761
Attn: Pres, GP or Mang Membr
3379 Peachtree Road
Suite 750
Atlanta, GA 30326


Tableau Software, Inc.
Attn: Pres, GP or Mang Membr
837 NE 34th Street, Suite 400
Seattle, WA 98103


Technical Industries, Inc.
Attn: Pres, GP or Mang Membr
217 Church Street
P.O. Box 65
Peace Dale, RI 02883-0065

```
Tennant
Attn: Pres, GP or Mang Membr
P.O. Box 71414
Chicago, IL 60694-1414


The Nutty Co., Inc
Attn: Pres, GP or Mang Membr
135 Main Street
Derby, CT 06418


The Plastic Factory
Attn: Pres, GP or Mang Membr
678 Howard Ave.
Bridgeport, CT 06605


The Plaza Group
Attn: Pres, GP or Mang Membr
10375 Richmond Avenue
Suite 1620
Houston, TX 77042


The Quartz Corp USA
Attn: Pres, GP or Mang Membr
Formerly K-T Feldspar Corp.
PO Box 116885
Atlanta, GA 30368-6885


Tiarco Chemical Division
Attn: Pres, GP or Mang Membr
PO Box 281995
Atlanta, GA 30384-1995


TMC Materials, Inc.
Attn: Pres, GP or Mang Membr
195 Main Street
Shrewsbury, MA 01545


Total Quality Logistice, LLC
Attn: Pres, GP or Mang Membr
P.O. Box 799
Milford, OH 45150


Tower Imaging
Attn: Pres, GP or Mang Membr
14512 Frair Street
Van Nuys, CA 91411
```

Toyota Financial Services
Attn: Pres, GP or Mang Membr
Commercial Finance
Dept. 2431
Carol Stream, IL 60132-2431


Tradebe Environmental Services
Attn: Pres, GP or Mang Membr
PO Box 845033
Boston, MA 02284-5033


Trans Clean
Attn: Pres, GP or Mang Membr
45 Mayfair Place
Stratford, CT 06615-6710


Tunnel Barrel & Drum Company
Attn: Pres, GP or Mang Membr
85 Triangle Blvd.
Carlstadt, NJ 07072


TX - State of Texas
Mr. Michael Bryant
Office of TX Gov. Ri
1100 San Jacinto
Austin, TX 78701


U.S. Premium Finance
Attn: Pres, GP or Mang Membr
PO Box 924647
Norcross, GA 30010


UI Co. #010-0000217-176
Attn: Pres, GP or Mang Membr
P.O. Box 9230
Chelsea, MA 02150-9230


UI Co. #010-0000667-637
Attn: Pres, GP or Mang Membr
P.O. Box 9230
Chelsea, MA 02150-9230


UI Co. #010-0000851-341
Attn: Pres, GP or Mang Membr
P.O. Box 9230
Chelsea, MA 02150-9230

```
ULINE Shipping Supply Spec.
Attn: Pres, GP or Mang Membr
2200 S. Lakeside Drive
Waukegan, IL 60085


Unicorr Packaging Group, Inc.
Attn: Pres, GP or Mang Membr
4282 Paysphere Circle
Chicago, IL 60674


Union Forwarding Agency SDN. BHD.
Attn: Pres, GP or Mang Membr
Union House, 9A, Jalan Berangan, 42000
Selangor Farul Ehsan, .. .


Unisource WorldWide Inc.
Attn: Pres, GP or Mang Membr
P.O. Box 409884
Atlanta, GA 30384-9884


United Parcel Svs  Plan3707AN
Attn: Pres, GP or Mang Membr
PO Box 7247-0244
Philadelphia, PA 19170-0001


UPS Supply Chain Solutions
Attn: Pres, GP or Mang Membr
28013 Network Place
Chicago, IL 60673-1280


Utilisave, LLC
Attn: Pres, GP or Mang Membr
129 W 27th Street, 11th Floor
New York, NY 10001


Valley Electric Supply Co.
Attn: Pres, GP or Mang Membr
91 West Main St.
P.O. Box 42
Ansonia, CT 06401-2323


Valley United Way
Attn: Pres, GP or Mang Membr
54 Grove Street
Shelton, CT 06484
```

```
Velocity Print Communications
Attn: Pres, GP or Mang Membr
199 Park Road Extension
Middlebury, CT 06762


Verizon 381505479-00001
Attn: Pres, GP or Mang Membr
PO Box 15062
Albany, NY 12212-5062


W. B. Mason Co., Inc.
Attn: Pres, GP or Mang Membr
PO Box 55840
Boston, MA 02205-5840


W. Yorkshire Mat. Testing Svc
Attn: Pres, GP or Mang Membr
PO Box 5
Nepshaw Lane South, Morley
Leeds LS27 OQP, .. LS27 OQP


W.W. Grainger, Inc.
Attn: Pres, GP or Mang Membr
120 Moffitt Street
Stratford, CT 06615


Wakefield Council
Attn: Pres, GP or Mang Membr
PO BOX 102
CHANTRY HOUSE
123 KIRKGATE, WAKEFIELD, .. WF1 1ZS


Wells Fargo Bank, N.A.□□
Harry Ellis, Sr VP□□
One South Broad St, 8th floor
MAC-Y1375 084
Philadelphia, PA 19107


Wichita County
Attn: Pres, GP or Mang Membr
Lou Murdock
PO Box 1471
Wichita Falls, TX 76307-1471


Wichita Falls, TX (Cash for Jobs)
Attn: Pres, GP or Mang Membr
```

Wichita Industrial Sales
Attn: Pres, GP or Mang Membr
502 12th Street.
Wichita Falls, TX 76301


Wiggin & Dana LLP
Attn: Accounts Receivables
PO Box 1832
New Haven, CT 06508-1832


William Bassett
Attn: Pres, GP or Mang Membr
52 Homestead Road
Southbury, CT 06488


Winters Bros. Waste Sys. of CT
Attn: Pres, GP or Mang Membr
PO Box 1937
307 White Street
Danbury, CT 06813-1937


WMCV Phase 2, LLC
Attn: Pres, GP or Mang Membr
Tenant #1784898/Lease ID#1176
Bank of America, File 50787
Los Angeles, CA 90074-0787


Xpedite Systems, LLC.
Attn: Pres, GP or Mang Membr
PO Box 116451
Atlanta, GA 30368-6451


Xpedx
Attn: Pres, GP or Mang Membr
PO Box 644520
Pittsburgh, PA 15264-4520


Yale Termite & Pest Control
Attn: Pres, GP or Mang Membr
69 Mott Street
Ansonia, CT 06401


Yankee Gas
Attn: Pres, GP or Mang Membr
PO Box 150492
Hartford, CT 06115-0492

```
Yankee Gas  #57538210006
Attn: Pres, GP or Mang Membr
PO Box 150492
Hartford, CT 06115-0492


Yankee Gas  #57838110005
Attn: Pres, GP or Mang Membr
PO Box 150492
Hartford, CT 06115-0492


Zim's Bagging Company
Attn: Pres, GP or Mang Membr
PO Box 455
4200 Big Sandy Road
Kenova, WV 25530
```