**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LATEX FOAM INTERNATIONAL, LLC.; | : | CASE NO. 14-50845 |
| PURELATEX BLISS, LLC.; | : | CASE NO. 14-50846 |
| LATEX FOAM INTERNATIONAL | : | CASE NO. 14-50847 |
|   HOLDINGS, INC.; | : | |
| PLB HOLDINGS, LLC | : | CASE NO.14-50848 |
| LATEX FOAM ASSETS | : | CASE NO. 14-50849 |
|   ACQUISITION, LLC | : | |
| | : | |
| | : | Jointly Administered under |
| Debtors | : | Case No. 14-50845 |

------------------------------------------------------------X

## APPOINTMENT OF OFFICIAL COMITTEE OF UNSECURED CREDITORS FOR THE JOINTLY ADMINISTERED DEBTORS

Pursuant to section 1102(a)(1) of the Bankruptcy Code, the following creditors of the above-captioned debtors, which creditors are among the largest unsecured claimants and have indicated a willingness to serve, are appointed to the official committee of unsecured creditors for the jointly administered chapter 11 debtors:

BASF CORPORATION
Attention: Peter Argiriou, Director of Credit
100 Park Avenue
Florham Park, NJ 07932
Telephone:  973.245.6577
Facsimile:  973.2245.6779

INCENTIVE TEAM, LLC
Attention: Peter Goldberger, Senior Partner
2450 Atlanta Highway, Suite 1103
Cumming, GA 30040
Telephone:  770.643.4732
Facsimile:  404.382.6010

RUCKEL MANUFACTURING CO.
Attention:  Joseph Rottenberg, Partner
63 Flushing Avenue, Unit 331
Brooklyn, NY 11205
Telephone:  718.643.8005
Facsimile:  718.643.8008

ERGOMOTION INC.
Michael Collins, Staff Accountant
19 East Ortega Street
Santa Barbara, CA 93101
Telephone: 805.979.3930
Facsimile: N/A

PLEASANT MATTRESS, INC.
Attention: Rion Morgenstern, Vice President
375 S. West Avenue
Fresno, CA 93706
Telephone: 559.268.6446
Facsimile: 559.268.0431


Dated:  New Haven, Connecticut
       July 19, 2014                      WILLIAM K. HARRINGTON
                                          United States Trustee for Region 2

                           By:    /s/   Kim L. McCabe
                                  Kim L. McCabe/ct23661
                                  Assistant United States Trustee
                                  Giaimo Federal Building, Room 302
                                  150 Court Street
                                  New Haven, CT 06510
                                  Telephone: 203.773.2210
                                  Facsimile:  203.773.2217