UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In Re:<br><br>LATEX FOAM INTERNATIONAL, LLC;<br>PURELATEX BLISS, LLC;<br>LATEX FOAM INTERNATIONAL HOLDINGS, INC.;<br>PLB HOLDINGS, LLC;<br>LATEX FOAM ASSETS ACQUISITION, LLC;<br><br>    Debtors. | CHAPTER 11<br><br>CASE NO. 14-50845<br>CASE NO. 14-50846<br>CASE NO. 14-50847<br>CASE NO. 14-50848<br>CASE NO. 14-50849<br><br>Jointly Administered under<br>Case No. 14-50845 |

## NOTICE OF APPEARANCE AND NOTICE REQUEST

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of the Official Committee of Unsecured Creditors for the Jointly Administered Debtors (the "Unsecured Creditors Committee") and, that pursuant to Rules 2002 and 9010 of the Rules of Bankruptcy Procedure, requests that all notices sent in this case and all papers and pleadings filed in this case be served upon the undersigned as follows:

        Eric Henzy, Esq.
        Reid and Riege, P.C.
        Counsel for Unsecured Creditors Committee
        One Financial Plaza, 21st Floor
        Hartford, CT  06103
        P (860) 278-1150
        F (860) 240-1002
        E-mail:  ehenzy@rrlawpc.com

Dated at Hartford, Connecticut this 26th day of June, 2014.

        /s/ Eric Henzy
        Eric Henzy
        Federal Bar No. ct12849
        Reid and Riege, P.C.
        One Financial Plaza, 21st Floor
        Hartford, CT  06103
        P (860) 278-1150
        F (860) 240-1002
        E-mail:  ehenzy@rrlawpc.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 26th day of June, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by first-class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Eric Henzy  
      Eric Henzy